# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**Ngcoba Atkins**

      Plaintiff

vs.                           **CASE NUMBER: 6:20-cv-1217 (ATB)**
                                             6:20-cv-1218 (ATB)

**Walmart, Inc.**

      Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED, that plaintiffs motion for summary judgment (Dkt. No. 81) is DENIED; and it is further ORDERED that defendants motion for summary judgment (Dkt. No. 82) is GRANTED; and it is further ORDERED that plaintiffs claims are DISMISSED WITH PREJUDICE, with the exception of any claims plaintiff asserted under the New York Labor Law (NYLL) §§ 203-e and 239; NY HRL Bill- 07797; and for common law defamation, which are DISMISSED WITHOUT PREJUDICE, as the court has declined to exercise supplemental jurisdiction over any such claims.

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 2nd day of May, 2022.

DATED: May 3, 2022

*[signature]*
Clerk of Court

                                       s/Kathy Rogers
                                       Deputy Clerk